**Motion Granted; Dismissed and Memorandum Opinion filed February 6, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00895-CR

_____

### JOSE DEJESUS ACOSTA, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCR-058827B**

## M E M O R A N D U M   O P I N I O N

On September 24, 2013, appellant filed a notice of appeal from his conviction for possession of a controlled substance. Appellant also filed a motion for new trial on October 16, 2013. A supplemental clerk's record containing the trial court's order signed December 5, 2013, granting appellant's motion for new trial has now been filed in this appeal.

When a trial court grants a motion for new trial, it restores the case to its

position before the former trial. See Tex. R. App. P. 21.9. Because there is no sentence to appeal, we have no jurisdiction over this appeal. *See Waller v. State*, 931 S.W.2d 643, 643–44 (Tex. App.—Dallas 1996, no pet.).

On February 3, 2014, appellant's counsel filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.2. Because the trial court has granted a new trial on punishment, we suspend Rule 42.2's requirement for appellant's signature on the motion to dismiss. *See* Tex. R. App. P. 2.

Accordingly, we grant appellant's motion and order the appeal dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).